# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. COMSTOCK,<br>　　　　　Plaintiff,<br>　v.<br>LELAND DUDEK, Commissioner of the Social Security Administration,<br>　　　　　Defendant. | Case No. 2:24-cv-01481-VBF (SK)<br><br>**ORDER ACCEPTING <u>CORRECTED</u> REPORT AND RECOMMENDATION TO REVERSE AND REMAND COMMISSIONER'S DECISION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed <u>Corrected</u> Report and Recommendation to reverse and remand the Commissioner's decision and any relevant records if needed.  Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the <u>Corrected</u> Report and Recommendation.  *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

　　　　THEREFORE, the Court accepts the <u>Corrected</u> R&R and orders the decision of the Commissioner of the Social Security Administration reversed, and the matter remanded for further administrative action consistent with the <u>Corrected</u> R&R.  Judgment shall be entered accordingly.  IT IS SO ORDERED.

Dated:  April 8, 2025　　　　　　　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge