JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. COMSTOCK,<br><br>        Plaintiff,<br><br>v.<br><br>LELAND DUDEK,<br>Commissioner of the Social Security Administration,<br><br>        Defendant. | Case No. 2:24-cv-01481-VBF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting <u>Corrected</u> Report and Recommendation, **IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Dated: April 8, 2025                    /s/ Valerie Baker Fairbank

                                                  HON. VALERIE BAKER FAIRBANK
                                                  Senior United States District Judge