Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff JASON L. COMSTOCK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. COMSTOCK, | ) CASE NO. 2:24-cv-01481-SK |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER FOR AWARD |
| | ) OF EQUAL ACCESS TO JUSTICE |
| FRANK BISIGNANO[1], | ) ACT ATTORNEY FEES |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. §2412(d) |
| | ) |
| Defendant | ) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$9,500** as authorized by 28 U.S.C. § 2412.

Dated: July 9, 2025

_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), He should be substituted as the defendant in this suit. Per the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), no further action need be taken to continue this suit.